UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 13, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTINA VANBEEK,

Defendant.

Case No. 2:19-cr-00029-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTINA VANBEEK ,

Case No. 2:19-cr-00029-JAM  Charge 18 USC § 371 and 18 USC § 1341; 18 USC § 1029(a)(2) , from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

x    Unsecured Appearance Bond $  50,000.00 co-signed by Linda Stelter

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X    (Other): Released to Linda Stelter to be transported to inpatient treatment on 2/15/2019 at 9:00 AM.

Issued at Sacramento, California on February 13, 2019 at  3:45 pm .

By: _____

Magistrate Judge Carolyn K. Delaney