HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRISTINA VANBEEK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-0029-JAM |
|---|---|
| Plaintiff, | ) WAIVER OF PERSONAL APPEARANCE |
| v. | ) |
| CRISTINA VANBEEK, | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

 Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, CRISTINA VANBEEK hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearance for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of a jury and imposition of sentence.

 Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

 The defendant Further acknowledges being informed of the rights under Title 18 U.S.C.

Waiver of Appearance   -1-

| | |
|---|---|
| 1 | §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates |
| 2 | under that Act without the defendant's personal presence. |

The original signed copy of this waiver is being preserved by the attorney undersigned.
original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: March 30, 2019

                                                          */s/ CRISTINA VANBEEK*  
                                                          CRISTINA VANBEEK  
                                                          (Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: April 1, 2019

                                                          */s/ Mia Crager*  
                                                          MIA CRAGER  
                                                          Assistant Federal Defender

                                                          Attorney for Defendant  
                                                          CRISTINA VANBEEK

IT IS SO ORDERED.

Dated: 4/1/2019                               /s/ John A. Mendez  
                                                JOHN A. MENDEZ  
                                                United Stated District Court Judge